# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1638
_____

ANTONIO JOHNSON,

    Petitioner,

v.

DAVID MADDOX, Warden,
Apalachee Correctional
Institution,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

July 25, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Antonio Johnson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.